# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Corey K. Miller, ) | Civil Action No.: 3:07-CV-02148 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| New Hill Top Apartments, *et al*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court pursuant to a Report and Recommendation submitted by United States Magistrate Judge Bristow Marchant, to whom it was referred for review under 28 U.S.C. § 1915 and this Court's Local Rules. Plaintiff brings this action against New Hill Top Apartments and State Farm Insurance (also referred to by Plaintiff as "Fire Claim Central"). Alleging negligence, Plaintiff seeks recovery in the amount of $20,000.00 for injuries suffered when he fell from a balcony while visiting a friend at the New Hill Top Apartment Complex.

Plaintiff proceeds in this action *pro se*. This Court is required to construe such *pro se* pleadings liberally to allow for the development of a potentially meritorious claim. *Haines v. Kerner,* 404 U.S. 519, 520 (1972). *Pro se* pleadings are held to a lower standard than those drafted by attorneys. *Gordon v. Leeke,* 574 F.2d 1147, 1151 (4th Cir. 1978). The Magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight and the responsibility for making a final

determination remains with this Court. *Matthews v. Weber*, 423 U.S. 261, 270-271 (1976).

With regard to Plaintiff's instant action, the Magistrate recommends that the District Court dismiss the complaint *without prejudice* and without issuance and service of process. The Magistrate recommends dismissal based upon his determination that the federal court lacks subject matter jurisdiction (federal question or diversity) over Plaintiff's claims. *See* 28 U.S.C. §§ 1331, 1332. Plaintiff has not issued any objections to the Magistrate's recommendation. Upon consideration of Plaintiff's factual allegations, this Court is inclined to take the view of the Magistrate and finds that the Plaintiff has failed to present any justiciable claims. This Court further observes that Plaintiff has also filed an amended complaint. However, because Plaintiff's amended complaint does not allege any additional facts, the amended complaint has failed to remedy the aforementioned defects of Plaintiff's claims.

Having reviewed the entirety of this case, including the Magistrate's Report and Recommendation, and Plaintiff's complaints, this Court approves the recommendation of the magistrate. Accordingly, this action is hereby **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

  S/Matthew J. Perry, Jr.
Matthew J. Perry, Jr.
Senior United States District Judge

 March 7  , 2008
Columbia, South Carolina